Ray Angelini, Plaintiff-Appellant, v. Ella Constance
Mohrmann et al., Defendants-Appellees.

**Gen. No. 11,016.**

Second District.

April 12, 1957.

Released for publication May 20, 1957.

McClory and Bairstow, for appellant, David K. Anderson,
of counsel; J. E. Bairstow, for appellees. Opinion by JUSTICE
EOVALDI. **Not to be published in full.**